# MARCH 2003 CALENDAR

From: The District Court of the 22nd Judicial District.
County of Big Horn.

STATE OF MONTANA,
Plaintiff,                    No. DC-00-51
vs.                             Decision
ORAL C. BIG DAY
Defendant,

On July 22, 2002, the defendant was sentenced to three (3) years in the Montana State Prison for violations of the conditions of a probationary sentence for the offense of DUI, a felony.

On March 7, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by James Vogel. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

2

Done in open Court this 7th day of March, 2003.
DATED this 28th day of March, 2003.
Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary L. Day.